# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                      :        NO. 150
                                            :
AMENDMENT OF RULES                          :        DISCIPLINARY RULES
208, 215 AND 219 OF THE                     :
PENNSYLVANIA RULES OF                       :        DOCKET
DISCIPLINARY ENFORCEMENT                    :


## ORDER


**PER CURIAM**

     **AND NOW**, this 21st day of April, 2017, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been published for public comment in the Pennsylvania Bulletin, 46 Pa.B. 7520 (December 3, 2016):

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 208, 215 and 219 of the Pennsylvania Rules of Disciplinary Enforcement are amended in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets